**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**JUN 19 2001**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

---

MELANIE MCCANN, NOELE
NELSON, LISA NIELSON,

      Plaintiffs - Appellants,

v.

BRYON L. ROSQUIST, D.C., P.C., a
Utah corporation; BRYON L.
ROSQUIST, individually,

      Defendants - Appellees.

No. 98-4049

---

**OPINION ON REMAND**

---

**Appeal from the United States District Court**
**for the District of Utah**
**(D.C. No. 97-CV-535-S)**

---

Larry S. Jenkins (Mary Anne Q. Wood, with him on the briefs), Wood Crapo
LLC, Salt Lake City, Utah, for the Plaintiffs - Appellants.

Brent O. Hatch, Johnson & Hatch, P.C., Salt Lake City, Utah, for the
Defendants - Appellees.

---

Before **LUCERO** and **PORFILIO,** Circuit Judges, and **COOK**[*], District Judge.

---

[*]The Honorable H. Dale Cook, United States Senior District Judge for the
Northern District of Oklahoma, sitting by designation.

**LUCERO**, Circuit Judge.

In <u>United States v. Morrison</u>, 120 S. Ct. 1740, 1759 (2000), the Supreme Court invalidated the Civil Rights Remedies for Gender-Motivated Violence Act, 42 U.S.C. § 13981, the civil liability provision of the Violence Against Women Act of 1994. The Court subsequently granted certiorari and vacated and remanded this case for further consideration in light of <u>Morrison</u>. Following <u>Morrison</u>, we must affirm the district court's dismissal of the instant action based on the Supreme Court's invalidation of the underlying statute. The judgment of the district court is therefore **AFFIRMED**.

The mandate shall issue forthwith.